**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
Muna Ali, Esq. (SBN: 366649)
2763 Camino Del Rio S, Suite 100
San Diego, CA 92108
Telephone: (619) 685-4800
Facsimile: (619) 685-4811
Email: mali@mccarthyholthus.com

Attorneys for Defendant,
Wells Fargo Bank, N.A.

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
2763 CAMINO DEL RIO SOUTH, SUITE 100
SAN DIEGO, CALIFORNIA 92108
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| LEROY FONTENO and JEANETTE CHILDS,<br><br>Plaintiffs,<br>vs.<br><br>WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORPORATION and DOES 1 through 10, inclusive,<br><br>Defendants. | Case 4:20-cv-02289-JSW<br><br>***~~[PROPOSED]~~* ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS**<br><br>Date: July 24, 2026<br>Time: 9:00 a.m.<br>Ctrm: 5<br>Judge: Honorable Jeffrey S. White<br><br>Complaint Filed: March 4, 2020 |

Defendant Wells Fargo Bank, N.A.'s Motion to Expunge Lis Pendens came regularly before this Court at the above-captioned date and time. Defendant seeks an order expunging the first Notice of Pendency of Action recorded with the Contra Costa County Recorder's Office on March 5, 2020, as Instrument Number 2020-0042463-00, and the second Notice of Pendency of Action recorded with the Contra Costa County Recorder's Office on March 6, 2020, as Instrument Number 2020-0043485-00.

Good cause appearing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Notice of Pendency of Action recorded with the Contra Costa County Recorder's Office on March 5, 2020, as Instrument Number 2020-0042463-00 shall be immediately expunged without conditions on the grounds that it no longer involves a

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
2763 CAMINO DEL RIO SOUTH, SUITE 100
SAN DIEGO, CALIFORNIA 92108
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

real property claim. The Notice of Pendency of Action concerns real property located in the County of Contra Costa, California commonly known as 1053 Ashbridge Bay Drive, Pittsburg, California 94565.

IT IS HEREBY FURTHER ORDERED that the Notice of Pendency of Action recorded with the Contra Costa County Recorder's Office on March 6, 2020, as Instrument Number 2020-0043485-00 shall be immediately expunged without conditions on the grounds that it no longer involves a real property claim. The Notice of Pendency of Action concerns real property located in the County of Contra Costa, California commonly known as 1053 Ashbridge Bay Drive, Pittsburg, California 94565.

**IT IS SO ORDERED.**

Dated: July 20, 2026

By: [signature]
Judge of the U.S. District Court, Northern District of California